**Georgia GREEN, Plaintiff—Appellant,**

v.

**FASENBAKER, Officer, CO II; Eyland, Officer, CO II; Bobby Shearin, Warden, Defendants—Appellees.**

No. 09–7512.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2009.

Decided: Dec. 30, 2009.

Georgia Green, Appellant Pro Se. Glenn William Bell, Office of the Attorney

General of Maryland, Baltimore, Maryland, for Appellee.

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Georgia Green appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Green v. Fasenbaker*, No. 8:08–cv–00654–PJM (D.Md. July 7, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*